## MOTION HEARING

Date: 8/7/15  
Judge: Ivan D. Davis  
Reporter: FTR  
Start: 10:13  
Deputy Clerk: John Williams  
Finish: 10:14  

Civil Action Number: 1:15cv583

Kametani

vs.

Fei

Appearance of Counsel for (X) Pltf  ( ) Deft  
( ) Matter is Uncontested  
Motion to/for:

Argued &  
( ) Granted  ( ) Denied  ( ) Granted in part/Denied in part  
(X) Taken Under Advisement  ( ) Continued to

(X) Report and Recommendation to Follow  
( ) Order to Follow