## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| Daniel Kametani | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO.   1:15cv583 |
|  | ) | |
| Luo Fei, et al | ) | |
| Defendant | ) | |

### ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of Jonathan Westreich, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Luo Fei, et al, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


BY:    /s/
DEPUTY CLERK

DATED:  8/14/2015